# Balance Sheet

## Unlockd Media Inc.
## As of August 29, 2018

|  | AUG 29, 2018 |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| **Cash and Cash Equivalents** | |
| Checking Account | 115,756.82 |
| **Total Cash and Cash Equivalents** | **115,756.82** |
| Accounts Receivable | 163,935.14 |
| Accrued income | (1,368.36) |
| **Total Current Assets** | **278,323.60** |
| **Long Term Assets** | |
| Intercompany Loan - Faxon Multiventures Private Limited | (2.00) |
| Inter-Company Loans - Unlockd Operations US | 3,171,475.66 |
| **Total Long Term Assets** | **3,171,473.66** |
| **Total Assets** | **3,449,797.26** |
| **Liabilities and Equity** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | 1,480,877.30 |
| Accruals | 30,000.00 |
| Provision for ▮ rebate | (116.30) |
| Rounding | 1.73 |
| **Total Current Liabilities** | **1,510,762.73** |
| **Long Term Liabilities** | |
| Intercompany Loan - Unlockd Media Pty Ltd | 71,210.00 |
| Inter-Company Loans - Unlockd Media Pty Ltd | 4,036,289.89 |
| Inter-Company Loans - Unlockd Operations Pty Ltd | (268,639.41) |
| **Total Long Term Liabilities** | **3,838,860.48** |
| **Total Liabilities** | **5,349,623.21** |
| **Equity** | |
| Current Year Earnings | (86,817.67) |
| Retained Earnings | (1,813,008.28) |
| **Total Equity** | **(1,899,825.95)** |
| **Total Liabilities and Equity** | **3,449,797.26** |