UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| UNLOCKD MEDIA INC., *et al.,* [1] | Case No.  18-13243 (JLG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ADJOURNMENT OF CONTINUED INITIAL CASE CONFERENCE

**PLEASE TAKE NOTICE** that the Continued Initial Case Conference in the above referenced cases previously scheduled for April 25, 2019, at 10:00 A.M., is rescheduled as follows:

| | |
|---|---|
| **Date and Time:** | **April 16, 2019 at 10:00 A.M. (EST)** |
| **Location:** | **Before the Honorable James L. Garrity, Jr.** |
| | **United States Bankruptcy Court** |
| | **Southern District of New York** |
| | **One Bowling Green** |
| | **Court Room 601** |
| | **New York, NY 10004-1408** |

Dated: New York, New York
        March 22, 2019

*/s/ David H. Hartheimer*
David H. Hartheimer, Esq.

MAYERSON & HARTHEIMER, PLLC
845 Third Avenue, 11th Floor
New York, NY 10022
Tel: (646) 778-4380
Fax: (646) 778-4384
david@mhlaw-ny.com

*Counsel for Debtors and Debtors-in-Possession*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are: Unlockd Media, Inc., Tax Id No. XX-XX2901 and Unlockd Operations US Inc., Tax Id. No. XX-XX0878.