**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>UNLOCKD MEDIA, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-13243 (JLG)<br><br>(Jointly Administered) |

**ORDER EXTENDING DEBTORS' EXCLUSIVE PERIOD OF**
**TIME TO FILE A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT**

Upon the motion (the "*Motion*") of Unlockd Media, Inc. ("**Media**") and Unlockd Operations US Inc., ("**Operations**"), Debtors and Debtors-in-Possession (collectively the "**Debtors**"), for entry of an order (this "*Order*"): (i) extending the Debtors' exclusive period of time to file a chapter 11 plan and disclosure statement, and (ii) granting such further relief as this Court deems necessary and appropriate; and after due deliberation, and there being no objections filed, it is HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth below.

2. The Debtors' exclusive period to file their chapter 11 plans and disclosure statements (if any) is extended through and including July 12, 2019.

3. Entry of this Order is without prejudice to the Debtors' right to seek from this Court, for cause, additional and further extension of (i) the Debtors' exclusive period to file a chapter 11 plan; (ii) the time for the Debtors to file their chapter 11 plans and disclosure statements (if any), and (iii) the Debtors' time to confirm their chapter 11 plans, in accordance with section 1129(e) and 1121(e)(3).

Dated: April 18, 2019
New York, New York

/s/ *James L. Garrity, Jr.*
The Honorable James L. Garrity, Jr.
United States Bankruptcy Judge