# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Date: **June 11, 2019**
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| UNLOCKD MEDIA INC., *et al.*,[1] | |
| | Case No. 18-13243-JLG |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Sandra E. Meyerson and David H. Hartheimer, for the Debtors |
| | Brian Masumoto, Office of the United States Trustee |
| Proceedings: | Status Conference (Docket No. 10) |
| | Motion to Approve Compromise with Silicon Valley Bank (Docket No. 41) |
| | First Application for Interim Professional Compensation for Mayerson & Harheimer, PLLC (Docket No. 46) |
| | First Application for Interim Professional Compensation for Vernon Consulting, Inc. (Docket No. 48) |
| Order: | The Status Conference is hereby adjourned to **July 11, 2019, at 11:00 a.m.** The Debtor shall provide the Court with a status Report on or before **July 5, 2019 at 4:00 p.m.** |

BY THE COURT:

June 12, 2019
New York, New York

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Unlockd Media, Inc., Tax Id No. XX-XX2901, and Unlockd Operations US Inc., Tax Id. No. XX-XXX0878.