# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Date: **April 16, 2020**

-----------------------------------------------------------------x

In re:  Chapter 11

    Unlockd Media, Inc.,

Case No. 18-13243-jlg

Debtor.

-----------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | David H. Hartheimer, Esq., Counsel to Debtor |
| | Benjamin Higgins, Esq., Honors Trial Attorney, Office of the United States Trustee (the "U.S. Trustee") |
| Proceedings: | Fourth Motion to Extend Time to (i) Confirm Plan and (ii) Extend Debtors' Exclusive Period to Confirm their Chapter 11 Plan, together with Notice of Motion (the "Motion") |
| | Status Conference |
| Order: | Motion is granted. Debtor to submit order, subject to U.S. Trustee sign off on form of the order. |
| | The Status Conference is hereby adjourned to **May 19, 2020 at 10:00 a.m. (ET).** |
| | On or before **April 27, 2020 at 4:00 p.m. (ET),** Debtor shall provide copies of the retention documents for the Debtor's proposed antitrust counsel to the U.S. Trustee. |
| | On or before **May 12, 2020 at 4:00 p.m. (ET),** Debtor shall file a status letter with the Court (and mail two single-sided copies to Chambers). |

BY THE COURT:

    April 16, 2020
    New York, New York

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge